UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEG S. PETRASHOV<br><br>Plaintiff,<br><br>v.<br><br>COLUSA COUNTY POLICE,<br><br>Defendant. | No. 2:18-cv-0191 JAM AC PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On November 29, 2018, plaintiff filed a motion to change venue. ECF No. 11. Plaintiff's case was closed on July 18, 2018. ECF No. 6. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff's motion at ECF No. 11 will, accordingly, not be considered.

DATED: November 30, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1